**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

<u>Civil Action No.</u> _____

JOSE MANUEL ROSALES RODRIQUEZ;

A 077 782 651

    **<u>Petitioner,</u>**

**V.**

MUKASEY, MICHAEL  Acting Attorney General of the United States;  KEVIN D.

ROONEY, Dir., EOIR, Immigration Court, MICHAEL CHERTOFF, Secretary, DHS;

JEFF HAMILTON, ICE Detention Supervisor

    **<u>Respondents.</u>**

---

**ORDER TO SHOW CAUSE**

---

Upon this petition for a writ of habeas corpus filed herein, it is ORDERED, this ____ day of _____, ____ by the United States District Court for the District of Colorado, that the respondent show cause, if any he may have, on or before the ____ day of _____, ____, why a writ of habeas corpus should not be issued as prayed.

IT IS FURTHER ORDERED that during the pendency of this proceeding the respondent be, and she hereby is, restrained from removing the petitioner from the jurisdiction of this Court and that Petitioner be released under reasonable conditions to assure that he remains in this Court's jurisdiction.

IT IS FURTHER ORDERED that the respondent serve on the petitioner's counsel by mail a copy of the answer to this petition.

The Clerk is directed to furnish the petitioner with a copy of the applicable rules and a copy of the petition for the purpose of making such service.

                  _____
                   United States District Judge