# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Civil Action No.</u> _____

JOSE MANUEL ROSALES RODRIQUEZ;

A 077 782 651

**<u>Petitioner,</u>**

**V.**

MUKASEY, MICHAEL  Acting Attorney General of the United States;  KEVIN D.

ROONEY, Dir., EOIR, Immigration Court, MICHAEL CHERTOFF, Secretary, DHS;

JEFF HAMILTON, ICE Detention Supervisor

**<u>Respondents.</u>**

---

## WRIT OF HABEAS CORPUS

To: District Director,
Department of Homeland Securities, Immigration Customs Enforcement,
YOU ARE HEREBY COMMANDED that the body of the Petitioners, restrained of their liberty, be brought to you together with a return stating the time and cause of his detention, before a Judge of the United States District Court for the District of Colorado, on the ____ day of _____, _____, at _____ o'clock ____.m., to do and receive all further directions which the said Judge shall then and there consider and make in that behalf.

Witness the Hon. _____, Judge of this Court at _____, this ____ day of _____, 2008.

_____
Clerk Writ allowed: _____, _____.

_____
United States District Judge
Plaintiff's Counsel contacted the U.S. Attorney's Offices, Denver, Colorado by telephone on Thursday, April 03, 2008, to advise them of these motions, at (303) 454-0100.