```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX012229
Cashier ID: sq
Transaction Date: 08/18/2008
Payer Name: JOHN REARDON
------------------------------------
CIVIL FILING FEE
 For: JOHN REARDON
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

08-CV-1747


A fee of $45.00 will be assessed on
any returned check.
```