## CERTIFICATE OF COMPLIANCE RULE 71(A)

Upon this motion for a Show Cause filed herein, Petitioners hand delivered to the U.S. Attorney and a copy to INS District Counsels' Office. Petitioners intend to advise all Respondents of this Motion, by hand serving a copy of all papers, for all Respondents. Certified this Friday, August 15, 2008 by Attorney for the Petitioners

Respectfully submitted,

__/s/ John Reardon_____

John Elliott Reardon, CO. # 007801

826 Grand Ave., Glenwood Springs,

Colorado, 81601

(970) 928-7303